IN THE UNITED STATES DISTRICT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

EVE GOLDSTEIN, and          )
ROBERT GOLDSTEIN,           )
                            )
        Plaintiffs,         )
                            )
v.                          )          Case No. 4:06-00013-CV-W-DW
                            )
MPROP, MEMBER LP, MPROP, INC.,   )
d/b/a DILLARD'S DEPARTMENT   )
STORE, and                  )
WARD PARKWAY SHOPPING        )
CENTER, L.P., d/b/a WARD PARKWAY   )
SHOPPING CENTER,            )
                            )
        Defendants.         )

ORDER

Before the Court is Plaintiffs and Defendant Dillard's, Inc.'s Stipulation of Dismissal

with Prejudice.  (Doc. 16) Parties stipulate, pursuant to Federal Rule of Civil Procedure 41

(a)(1)(ii), that all of Plaintiffs' claims against Defendant Dillard's are dismissed.  Parties are to

bear their own costs, including attorney's fees.

For the forgoing reasons, all claims against Defendant Dillard's Inc. are hereby

DISMISSED WITH PREJUDICE.

IT IS SO ORDERED

_____
Dean Whipple
United States District Judge

DATE: _____