IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| EVE GOLDSTEIN and ROBERT GOLDSTEIN, <br><br> Plaintiffs, <br><br> v. <br><br> MPROP, MEMBER LP, MPROP, INC. d/b/a/ DILLARD's DEPARTMENT STORE and WARD PARKWAY SHOPPING CENTER, L.P. d/b/a WARD PARKWAY SHOPPING CENTER, <br><br> Defendants. | No. 06-0013-CV-W-DW |

## ORDER

Before the Court is the Parties' Joint Stipulation of Dismissal. (Doc. 18). Parties move the Court to dismiss this case with prejudice with each party to bear their own costs. Pursuant to the stipulation of the parties, the Court ORDERS that the above-captioned case be DISMISSED WITH PREJUDICE. See Fed. R. Civ. P. 41. The clerk of the court shall mark this case as closed.

Date: October 4, 2006 /s/ DEAN WHIPPLE
Dean Whipple
United States District Court